# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                           **CRIMINAL NO.  4:21-cr-116-DMB-JMV-2**

**RAHEEM KIMBER**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest.  The Office of the Federal Public Defender contacted **Maria Liu December 7, 2021,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Maria Liu** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Maria Liu** hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 7th day of December, 2021.

          /s/ Jane M. Virden
          UNITED STATES MAGISTRATE JUDGE